UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO ON BEHALF OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>Defendants. | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10-7-16<br><br>Civil Action No. 1:15-cv-03599-KMW |

### [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT

After considering Defendants FXCM, Inc.'s, Dror Niv's, and Robert Lande's motion for entry of final judgment (Dkt. No. 75), the Court GRANTS the motion and hereby ORDERS the Clerk of Court to enter a Judgment and close this case.

SIGNED this the __7__ day of __October__, 2016.

**The Clerk of Court is directed to close this case. Any pending motions are moot.**

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE