USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO ON BEHALF OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO, Individually and on behalf of all others similarly situated,

Plaintiff,

-v-

FXCM INC. and DROR NIV,

Defendants.

-----------------------------------------------------------X

15 **CIVIL** 3599 (KMW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 10, 2018, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
August 13, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** Khango

**Deputy Clerk**